UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Xiqian Jiang; Xinxin Li            ,

Plaintiff(s),

v.

Joseph B. Edlow; Ellen Jenkins  ,

Defendant(s).

Case No. 4:26-cv-02786  TSH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Robert F. Loughran , an active member in good standing of the bar of Texas , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Xiqian Jiang and Xinxin Li in the above-entitled action. My local co-counsel in this case is Bernard P. Wolfsdorf , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 107657 .

12 S Capital of Texas Hwy, Suite 450
Austin, TX 78746

MY ADDRESS OF RECORD

(512) 852-4142

MY TELEPHONE # OF RECORD

rloughran@fosterglobal.com

MY EMAIL ADDRESS OF RECORD

1416 2nd Street, Santa Monica, CA 90401

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(310)570-4088

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

bernard@wolfsdorf.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 00784497 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court one times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 03/30/2026 _____

_____
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Robert F. Loughran            is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 2, 2026 _____

_____
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021                     2