CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XIQIAN JIANG,<br>XINXIN LI,<br><br>            Plaintiffs,<br><br>    v.<br><br>JOSEPH B. EDLOW, *et al.*,<br><br>            Defendants. | Case No. 3:26-cv-02786-TSH<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT AND ORDER** |

The parties, through their undersigned attorneys, hereby stipulate to an extension of time for Defendants' response to Plaintiffs' complaint. Defendants will file their response on or before July 15, 2026. The parties make this request because the agency is in the process of reviewing this case and needs a brief period of additional time to prepare their response.

The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Dkt. No. 3. Currently, Defendants must file a motion for summary judgment by 120 days after the complaint was served, or August 14, 2026. In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants file their motion for summary judgment by September 14, 2026.

Stipulation to Extend
Case No. 3:26-cv-02786-TSH                    1

Dated: June 15, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: June 15, 2026

*/s/ Robert F. Loughran*
ROBERT F. LOUGHRAN
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 15, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No. 3:26-cv-02786-TSH                    2