CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XIQIAN JIANG,<br>XINXIN LI,<br><br>Plaintiffs,<br>v.<br>JOSEPH B. EDLOW, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-02786-TSH<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

On June 15, 2026, the Court granted the parties' stipulation to extend time for Defendant's response to Plaintiffs' complaint, setting a due date for Defendant's response as July 15, 2026. *See* Dkt. 13. The parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until October 15, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiffs filed their mandamus action seeking adjudication of their Forms I-485, Application to Register Permanent Residence or Adjust Status. On June 23, 2026, United States Citizenship and Immigration Services issued a Request for Evidence ("RFE") to each Plaintiff on their applications. Once USCIS receives Plaintiffs' responses to the RFEs, the agency will work diligently towards

completing adjudication of Plaintiffs' applications, absent unforeseen or exceptional circumstances that would require additional time for adjudication.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until October 15, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Dkt. No. 3. Currently, Defendants must file a motion for summary judgment by September 14, 2026. In view of the agreed-upon stay for Plaintiffs' response to the RFE, the parties request that Defendants file their motion for summary judgment by December 15, 2026.

Dated: July 15, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: July 15, 2026

*/s/ Robert F. Loughran*
ROBERT F. LOUGHRAN
Attorney for Plaintiffs

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 16, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge