CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
KENNETH J. KAO (CABN 194912)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7320
Facsimile: (415) 436-6748
kenneth.kao@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIQIAN JIANG *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Joseph B. Edlow, Director of United States Citizenship and Immigration Services, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-02786-TSH<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

The parties apologize to the Court for their delay in submitting a response by October 15, 2026, due to the need for the parties to confer on the case status and reach agreement on the stipulation.

The parties, through their attorneys, submit this joint status report regarding Plaintiffs' Form I-485, Application to Register Permanent Residence or Adjust Status. On July 16, 2026, the Court granted the parties' request to stay proceedings until October 15, 2026, to allow the agency additional time to conduct its review of Plaintiff's I-485. *See* Dkt. 15. On October 14, 2026, United States Citizenship and Immigration Services(USCIS) issued a decision denying the application.

Given the recent and dramatic change in the facts of this case, Plaintiffs' counsel is requesting additional time to confer with their client and determine how they would like to proceed. Accordingly, the parties stipulate and request that the proceedings in this case be stayed until November 11, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of

the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources.

Dated: October 23, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kenneth J. Kao**
KENNETH J. KAO
Assistant United States Attorney
Attorneys for Defendant

Dated: October 23, 2026

*/s/ Robert F. Loughran*
ROBERT F. LOUGHRAN
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 23, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.