**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| **Xiqian Jiang,**<br>**Xinxin Li,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**Joseph B. Edlow, Director of U.S. Citizenship and Immigration Services; Ellen Jenkins, Acting Field Office Director of the USCIS San Jose Field Office.**<br><br>**Defendants.** | ) | Civil Action No. 3:26-cv-02786-TSH |

**O R D E R**

IT IS HEREBY ORDERED that Plaintiffs' Motion to Dismiss Original Complaint as Moot is GRANTED.

IT IS ORDERED that the Plaintiffs' complaint is DISMISSED.

Dated: November 10 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge